```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

|  |  |  |
|---|---|---|
| CATHY MONROE SIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PMA INSURANCE COMPANY d/b/a/ | ) | 1:20-cv-249 |
| PMA INSURANCE GROUP, PMA | ) | |
| MANAGEMENT CORP., | ) | |
| MANUFACTURERS ALLIANCE | ) | |
| INSURANCE COMPANY, and PMA | ) | |
| COMPANIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set out in the Memorandum Opinion and Order entered contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' motion to dismiss (Doc. 16) is GRANTED and the amended complaint is DISMISSED WITHOUT PREJUDICE.

                                        /s/   Thomas D. Schroeder
                                   United States District Judge

February 3, 2021